IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| DANA JENKINS, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:16-cv-00800-DJH-CHL |
| ) | |
| vs. ) | |
| ) | |
| EQUIFAX INFORMATION SERVICES ) | |
| LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Comes the Plaintiff, Dana Jenkins, and the Defendant, Equifax Information Services, LLC ("Equifax"), each by counsel, and hereby notifies the Court that Plaintiff has settled her claims against Equifax subject to execution of a final settlement agreement and release.

Respectfully submitted,

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
616 South Fifth Street
Louisville, KY 40202
(Tel) 502.443.1060
(Fax) 502.589.3004
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all parties of record.

*/s/David W. Hemminger*
David W. Hemminger