UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DANA C. JENKINS,                                                                                   Plaintiff,

v.                                                                      Civil Action No. 3:16-cv-800-DJH-CHL

EQUIFAX INFORMATION SERVICES,
LLC,                                                                                            Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Dana C. Jenkins having filed a notice of voluntary dismissal with prejudice (Docket No. 7), no answer or motion for summary judgment having been filed by Defendant Equifax Information Services, LLC, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

May 11, 2017

**David J. Hale, Judge
United States District Court**

1